UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRICKLAYERS INSURANCE AND WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, NEW YORK
CITY AND LONG ISLAND JOINT APPRENTICESHIP
AND TRAINING FUND, INTERNATIONAL MASONRY
INSTITUTE, and JEREMIAH SULLIVAN, JR., in his
fiduciary capacity as Administrator and Chairman of
Trustees, BRICKLAYERS LOCAL 1, INTERNATIONAL
UNION OF BRICKLAYERS AND ALLIED CRAFT
WORKERS and BRICKLAYERS LABOR MANAGEMENT
COMMITTEE,                                                                          JUDGMENT

                              Plaintiffs,                            18-CV-2475 (RJD) (ST)
    v.

DORAN TATROW ASSOCIATES, INC.
and PATRICK DORAN,

                              Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on April 8, 2021, adopting the Report and Recommendation of Magistrate Judge Steven L. Tiscione, dated March 15, 2021, which recommended that Plaintiffs' motion for default judgment against Doran Tatrow Associates, Inc. and Mr. Patrick Doran be GRANTED and that damages be awarded as follows: As against Doran Tatrow Associates, Inc.: a. Unpaid contributions to the Funds in the amount of $220,291.46; b. Unpaid remittances to Local 1 and the LMC in the amount of $19,896.64; c. Interest on the unpaid contributions to the Funds and unpaid remittances to Local 1 and the LMC in the amount of $72,182.60, through February 7, 2020, plus $65.80 per day thereafter to the date of judgment; d. Liquidated damages equal to the final amount of interest on the unpaid principal, i.e. an additional award of $72,182.60, through February 7, 2020, plus $65.80 per day thereafter to the date of judgment; and e. Costs in the

amount of $400.00. (ii) As against Mr. Patrick Doran, who is jointly and severally liable for a portion of the damages and costs assessed against Doran Tatrow Associates, Inc.: a. Unpaid contributions to the Funds in the amount of $141,639.63; and b. Unpaid remittances to Local 1 in the amount of $18,415.94; issuing an injunction requiring Doran Tatrow Associates, Inc. to submit to an audit of its books and records by Plaintiffs under the terms described in the Second Collective Bargaining Agreement for the period from January 1, 2017 to January 31, 2019; allowing Plaintiffs to supplement their motion for default judgment, within thirty (30) days of completion of the audit, with a request for additional damages if such audit uncovers amounts owed by Defendants that were not previously awarded by the Court; and the Clerk of Court having calculated the additional interest at the rates set forth above and the interests being $28,294 and $28,294; it is

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment against Doran Tatrow Associates, Inc. and Mr. Patrick Doran is granted; and that judgment is hereby entered in favor of Plaintiffs and against Doran Tatrow Associates, Inc. in the total amount of $441541.30; that judgment is hereby entered in favor of Plaintiffs and against Mr. Patrick Doran, who is jointly and severally liable for a portion of the damages and costs assessed against Doran Tatrow Associates, Inc in the total amount of $160055.57; that an injunction is hereby issued requiring Doran Tatrow Associates, Inc. to submit to an audit of its books and records by Plaintiffs under the terms described in the Second Collective Bargaining Agreement for the period from January 1, 2017 to January 31, 2019; and that Plaintiffs are allowed to supplement their motion for default judgment, within thirty (30) days of completion of the audit, with a request for additional damages if such audit uncovers amounts owed by Defendants that were not previously awarded by the Court.

Dated: Brooklyn, New York　　　　　　　　　　Douglas C. Palmer
　　　　April 12, 2021　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk